*Robert O. Brennan* and *E. E. McInnis* for respondent.

No. 722. Pig Stand Co. *v.* Dixiepig Corp. et al. March 23, 1931. Petition for writ of certiorari to the Court of Civil Appeals, 5th Supreme Judicial District, of Texas, denied. *Mr. John Davis* for petitioner. No appearance for respondents.

No. 723. Northwestern Lumber Co. *v.* Wisconsin Tax Commission et al. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 724. John S. Owen Lumber Co. *v.* Wisconsin Tax Commission et al. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 725. Rust-Owen Lumber Co. *v.* Wisconsin Tax Commission et al. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 726. New Dells Lumber Co. *v.* Wisconsin Tax Commission et al. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.